**LEGAL DEPARTMENT**
**IMMIGRANTS'**
**RIGHTS PROJECT**



April 27, 2012

Honorable Richard M. Gergel
United States District Court
District of South Carolina
Charleston Division
85 Broad Street
Charleston, SC 29401

**AMERICAN CIVIL LIBERTIES**
**UNION FOUNDATION**
IMMIGRANTS'
RIGHTS PROJECT

**PLEASE RESPOND TO:**
**CALIFORNIA OFFICE**
39 DRUMM STREET
SAN FRANCISCO, CA 94111-4805
T/415.343.0770
F/415.395.0950

125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2660
F/212.549.2654
**WWW.ACLU.ORG**

**OFFICERS AND DIRECTORS**
SUSAN N. HERMAN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*

RICHARD ZACKS
*TREASURER*

> **Re:** Withdrawal of Attorney Kenneth J. Sugarman in
> *Low Country Immigration Coalition, et al., v. Nikki Haley, et al.*
> (No. 11-cv-02779)

Dear Judge Gergel:

    I am an attorney with ACLU Foundation Immigrants' Rights Project (ACLU IRP) and one of the attorneys of record for Plaintiffs in the above-referenced case.  Today is my last day of employment with ACLU IRP.  Because my employment with ACLU IRP is terminating, I will no longer be in a position to represent Plaintiffs in the case.  Accordingly, I am requesting leave to withdraw as counsel for Plaintiffs.  Pursuant to guidance received from the Clerk's office, I am submitting this request by letter instead of by motion.

    The ACLU IRP attorneys representing plaintiffs as counsel of record – Andre Segura, Katherine Desormeau, Cecillia Wang, Justin Cox, and Omar Jadwat – will remain on the case, along with other co-counsel.  Accordingly, I respectfully submit that there is no need to notify the clients in writing of the status of the case, and no need to provide them with notice of this request other than through their remaining attorneys.

    ACLU IRP will continue to serve its clients and the above-named attorneys of record can continue to be served with notices and papers at:

Katherine Desormeau
Cecillia Wang
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0778
Fax: (415) 395-0950
KDesormeau@aclu.org

Andre Segura
Omar Jadwat
ACLU FOUNDATION
IMMIGRANTS' RIGHTS
PROJECT
125 Broad Street
18th Floor
New York, NY 10004
Tel: (212) 549-2676
Fax: (212) 549-2654
ASegura@aclu.org

Justin Cox
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
230 Peachtree Street, NW
Suite 1440
Atlanta, GA 30303
Tel: (404) 523-2721 x215
Fax: (404)653-0331
JCox@aclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

For the foregoing reasons, I respectfully request that the Court enter an order granting my request for leave to withdraw.

Dated April 27, 2012                    Respectfully Submitted,

/s/Kenneth J. Sugarman
Kenneth J. Sugarman

## CERTIFICATE OF SERVICE

I hereby certify that on May 1st, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

/s/ Susan Dunn
Susan Dunn